# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JANET M. BENNETT, PH.D.**, | Case No. 3:13-cv-01565-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **UNITED STATES LIABILITY INSURANCE GROUP**, | |
| Defendant. | |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 25th day of April 2014.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT